

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-18-00119-CV

**IN THE INTEREST OF S.Q., A CHILD**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1813-CV
The Honorable Steve Burgess, Judge Presiding

## O R D E R

 This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The appellant's brief is due to be filed on April 10, 2018. On April 3, 2018, appellant filed a motion requesting an extension of time to file the brief.

 The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

 The motion is GRANTED IN PART, and appellant's brief must be filed no later than April 30, 2018. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court